~~AO 450 (Rev. 5/85) Judgment in a Civil Case~~

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

In re:
JOSEPH MILANOWSKI,

    Debtor,

---------------------------------
JOSEPH MILANOWSKI,

    Appellant,

V.

USA DIVERSIFIED TRUST
DEED FUND,LLC; , et al.,

    Appelleess.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: **3:07-cv-00404-BES-RAM**

__   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Appellee, Lisa M. Poulin's Motion to Dismiss (Doc.#5) is **GRANTED.**

  May 8, 2008                                                  **LANCE S. WILSON**
                                                                        Clerk

                                                                     /s/ Daniel R. Morgan
                                                                      Deputy Clerk